# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**875**

**CA 15-01912**

PRESENT: WHALEN, P.J., SMITH, LINDLEY, TROUTMAN, AND SCUDDER, JJ.

---

LINDA M. BROWN, AS ADMINISTRATRIX OF THE ESTATE
OF WAYNE BROWN, DECEASED, CLAIMANT-RESPONDENT,

V                                                                    ORDER

STATE OF NEW YORK, DEFENDANT-APPELLANT.
(CLAIM NO. 108961.)
-----------------------------------------------------
LINDA M. BROWN, CLAIMANT-RESPONDENT,

V

STATE OF NEW YORK, DEFENDANT-APPELLANT.
(CLAIM NO. 110037.)
(APPEAL NO. 1.)

---

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (JONATHAN D. HITSOUS OF
COUNSEL), FOR DEFENDANT-APPELLANT.

THE PALMIERE LAW FIRM, ROCHESTER (MICHAEL S. STEINBERG OF COUNSEL),
FOR CLAIMANT-RESPONDENT.

---

Appeal from an order of the Court of Claims (Nicholas V. Midey,
Jr., J.), entered July 20, 2015. The order directed a judgment
pursuant to CPLR article 50-B.

It is hereby ORDERED that said appeal is unanimously dismissed
without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988,
988; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567;
*see also* CPLR 5501 [a] [1]).

Entered:  November 10, 2016                    Frances E. Cafarell
                                               Clerk of the Court